AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Mar 5 2020
Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

**USA**

vs.

**(1) SEGUNDO FRANCISCO YASACA-ALVAREZ**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:20-M -01695(1)**
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 03, 2020** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *" The DEFENDANT, Segundo Francisco YASACA-Alvarez, an alien to the United States and a citizen of Ecuador was found near the intersection of Spur Road and Schuster Avenue in El Paso, Texas in the Western District of Texas.  From statements "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
GARCIA, CONRAD
BORDER PATROL AGENT

March 5, 2020
File Date

at   EL PASO, Texas
City and State

Signature of Judicial Officer

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

**OATH TELEPHONICALLY SWORN
AT 1:18 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:20-M -01695(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) SEGUNDO FRANCISCO YASACA-ALVAREZ**

<u>FACTS   (CONTINUED)</u>

made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Ecuador, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Ecuador on 10/31/2014 through Atlanta, Ga.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

<u>IMMIGRATION HISTORY:</u>

The DEFENDANT has been removed 1 time(s), the last one being to ECUADOR on October 31, 2014, through ATLANTA, GA.

<u>CRIMINAL HISTORY:</u>

**NONE**