**United States District Court**
Western District of Texas
El Paso Division

FILED
Mar 5 2020
Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) SEGUNDO FRANCISCO YASACA-ALVAREZ**

*Defendant*

No: EP:20-M-01695(1)

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Federal Public Defender 534-6525, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 5th day of March, 2020.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE