# FEDERAL PUBLIC DEFENDER

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **MAUREEN SCOTT FRANCO**<br>FEDERAL PUBLIC DEFENDER<br><br>JUDY F. MADEWELL<br>FIRST ASSISTANT<br><br>_____<br><br>REGINALDO TREJO, JR.<br>EDGAR HOLGUIN<br>*EL PASO*<br>SUPERVISORY ASSISTANTS | RICHARD C. WHITE FEDERAL BUILDING<br>700 E. SAN ANTONIO AVENUE, SUITE D-401<br>EL PASO, TEXAS 79901-7020<br><br><br>March 6, 2020 | TELEPHONE<br>(915) 534-6525<br>TOLL FREE<br>(855) 666-1510<br>FACSIMILE<br>(915) 534-6534<br>_____<br><br>SAN ANTONIO<br>AUSTIN<br>DEL RIO<br>PECOS<br>ALPINE |

U.S. District Clerk
Albert Armendariz, Sr.
U.S. Courthouse
525 Magoffin Ave.
El Paso, TX 79901

       **RE:**   Assignment of Defense Counsel In:
              USA v. Segundo Francisco Yasaca-Alvarez
              Cause No. EP-20-M-01695-ATB

Dear Sir/Madam:

      Please be advised that I, Assistant Federal Public Defender, Jose Moncayo am assigned to the above-referenced case.

                                   Very truly yours,

                                   MAUREEN SCOTT FRANCO
                                   Federal Public Defender


                                     /S/
                                   JOSE MONCAYO
                                   ASSISTANT FEDERAL PUBLIC DEFENDER